IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTIAN JACKSON**                                                     **PLAINTIFF**
**ADC #161090**

**v.**                          **Case No. 4:24-cv-00789-LPR-PSH**

**DEXTER PAYNE, et al.**                                      **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 28) and the Plaintiff's Objections (Doc. 29). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Fourteenth Amendment due process claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's First Amendment social media/internet policy claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's official capacity claims against Defendant Slayden are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

4. The Clerk is instructed to terminate Dexter Payne, William Straughn, James

---

[1] For the sake of clarity and completeness, the Court notes that, despite naming them as Defendants, Plaintiff does not allege any specific conduct whatsoever on the part of Dexter Payne, William Straughn, James Shipman, or Maurice Culclager. Plaintiff does not attempt to describe how any of these Defendants violated his rights. To the extent that any or all of them may be vaguely implicated in Plaintiff's due process claims or internet/social media policy claims, the dismissal of those claims inevitably results in the dismissal of these Defendants for failure to state a claim upon which relief may be granted. The Court reiterates that, upon the issuance of this Order, the only live claim remaining in this case is Plaintiff's individual-capacity First Amendment retaliation claim against Defendant Slayden.

Shipman, and Maurice Culclager as parties to this action.

    5.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

    IT IS SO ORDERED this 2nd day of September 2025.

                                        LEE P. RUDOFSKY
                                        UNITED STATES DISTRICT JUDGE